UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELONZA TYLER, | ) | CV F- 06-0090 LJO DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| DAVIS, et. al., | ) | |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on December 16, 2006. The complaint appears to a cognizable claims for relief for retaliation and deliberate indifference to serious medical needs in violation of the Eighth Amendment against defendants Davis, Mendoza-Powers, Hill, Rocha and Stiles. Accordingly, IT IS HEREBY ORDERED that:

    1.    Service is appropriate for defendants Davis, Mendoza-Powers, Hill, Rocha and Stiles.

    2.    The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed December 16, 2006.

    3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Six (6) copies of the endorsed complaint filed December 16, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   October 11, 2007**                             /s/ Dennis L. Beck
                                                                        UNITED STATES MAGISTRATE JUDGE