IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>    Plaintiff,<br><br>       v.<br><br>E. ROCHA et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00090 LJO DLB PC<br><br>ORDER |

    Plaintiff Elonza Jesse Tyler ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed on December 15, 2006. On August 19, 2008, plaintiff submitted a document entitled "Notice of Motion and Motion Submitting Letter Brief to the Court". Attached to plaintiff's motion are documents that he states concern settlement discussions between the parties.

    Plaintiff is advised that communications between parties regarding settlement are not to be filed with the Court, and the Clerk of the Court is HEREBY DIRECTED to return all documents attached to plaintiff's motion without filing.

    Plaintiff further requests a mandatory settlement conference. The Court will hold a settlement conference in this case only if all parties have indicated a willingness to enter into settlement negotiations. Local Rule 16-270. The parties may contact the Court if they all desire a settlement conference.

    Accordingly, plaintiff's motion is HEREBY DISREGARDED.

    IT IS SO ORDERED.

**Dated:**   **September 16, 2008**           **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE