**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>E. ROCHA, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:06-cv-00090-LJO-DLB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 36) |

　　　　Plaintiff Elonza Jesse Tyler ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On August 4, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations, filed August 4, 2008, is adopted in full;
2. Plaintiff's motions for a court order compelling the State Medical Board and the CDCR to produce defendant Stiles' address is DENIED; and
3. Defendant Stiles is DISMISSED from this action.

IT IS SO ORDERED.

Dated:  September 23, 2008          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE