IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>E. ROCHA, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO.: 1:06-cv-0090 LJO DLB PC<br><br>**ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 41) |

　　Defendants Mendoza-Powers, Hill, Castro, and Davis have applied for an extension of time to oppose Plaintiff's motion for summary judgment. Good cause appearing,

　　IT IS HEREBY ORDERED that the time in which Defendants may oppose Plaintiff's motion for summary judgment is extended to November 4, 2008.

　　IT IS SO ORDERED.

　　Dated: __October 7, 2008__　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE