IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, | 1:06-cv-0090 LJO DLB (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT |
| E. ROCHA, et al., | ANSWER TO SECOND AMENDED COMPLAINT DUE IN 30 DAYS |
| Defendants. | |
| _____/ | |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, upon the stipulation between Plaintiff and defendants, by and through their attorney, Plaintiff is HEREBY GRANTED leave to file his Second Amended Complaint.

Defendants are HEREBY ORDERED to file their answer within 30 days of service of this order.

IT IS SO ORDERED.

**Dated:   October 23, 2008**               **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE