IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, ) | |
| ) | Case No. 1:06-CV-90-BLW-MHW |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| E. ROCHA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court previously entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's entire case is DISMISSED with prejudice.

DATED: **June 22, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**